**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION**

       **Plaintiff,**

**v.**                      **Civil Action No.: 3:10 CV 00379-MCR-EMT**

**TITAN WASTE SERVICE**
**INC.,**

       **Defendant,**
_____/

**NOTICE OF MEDIATION**

TO:    Gerald Miller, Senior Trial Attorney
       Equal Employment Opportunity Commission
       1130 22nd Street South, Ste. 2000
       Birmingham, AL 35205
       Telephone: 205-212-2047

Please take notice that mediation has been scheduled in the above case on Thursday, November 8, 2012, at 9:00 a.m., in the offices of Charles L. Cetti, Certified Circuit Civil Mediator, 817 North Palafox St., Pensacola, FL. 32501. This is a joint mediation with Michael Brooks v Titan Waste Services, Inc., *Case No.: 10-1293 CA 01, filed in the Circuit Court in and for Santa Rosa County, Florida.*

In compliance with the Americans with Disabilities Act of 1990, you are hereby notified that if you require special accommodations due to a disability, contact Charles L. Cetti at (850) 438-4036, no later than seven (7) days prior to the date your appearance is required pursuant to this notice to insure that reasonable accommodations are available.

PLEASE GOVERN YOURSELF ACCORDINGLY.

/s/Russell F. Van Sickle
RUSSELL F. VAN SICKLE
Florida Bar No. 967289
BEGGS & LANE RLLP
501 Commendencia Street
Pensacola, FL  32502
Tel.: (850) 432-2451
Fax: (850) 469-3331


*Attorneys for Titan Waste*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished via electronic mail this 2nd day of October, 2012, to the following:

Gerald Miller, Senior Trial Attorney
Equal Employment Opportunity Commission
1130 22nd Street South, Ste. 2000
Birmingham, AL 35205
Telephone: 205-212-2047

/s/Russell F. Van Sickle_____
RUSSELL F. VAN SICKLE
Florida Bar No. 967289
BEGGS & LANE, LLP
501 Commendencia Street
Pensacola, FL 32501
Telephone: (850) 432-2451
Facsimile:  (850) 469-3330

*Attorneys for Titan Waste*