IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| EQUAL EMPLOYMENT | ) | |
|---|---|---|
| OPPORTUNITY COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NUMBER: |
| v. | ) | 3:10-cv-00379-MCR-EMT |
| | ) | |
| | ) | |
| TITAN WASTE SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff, Equal Employment Opportunity Commission ("EEOC" or the "Commission"), pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, moves for default judgment against Defendant Titan Waste Services, Inc. ("Titan" or "Defendant"). In support of this motion, the Commission submits Exhibit A, the Declaration of Michael Brooks, and Exhibit B, a proposed Order of Default Judgment, and avers as follows:

1. In an Order dated and entered May 28, 2013, the Court relieved the law firm of Beggs & Lane and attorney Russell F. Van Sickle of any further obligation to represent Defendant, upon the firm and attorney providing Defendant a copy of said Order and filing a written notice of compliance with the Court. The Court's Order allowed Defendant 30 days to retain substitute counsel and provided, "If no counsel has

appeared on its behalf by that time, Defendant Titan Waste Service, Inc. will be subject to the entry of a default judgment against it." (Doc. 69, p. 2). The Court's Order was based on the well-established rule that a corporation cannot appear pro se and must be represented by counsel.

2. Thereafter, on May 29, 2013, attorney Van Sickle and the law firm of Beggs & Lane filed a Notice of Compliance attesting that it gave written notice of the Court's May 28, 2013 Order to Defendant on May 29, 2013. (Doc. 70).

3. To date, substitute counsel has not appeared on behalf of Defendant, nor did Defendant request any extension of time to comply with the Court's Order.

4. By order dated and entered July 1, 2013 (Doc. 71), the Court directed the Clerk to enter a default against Defendant for its failure to comply with a court order and failure to retain counsel, and ordered the Commission to file a motion for default judgment within 14 days of that order.

5. On July 2, 2013, the Clerk entered a default (Doc. 72) against Defendant in compliance with the Court's order.

4. For the foregoing reasons, and in compliance with the Court's Order of July 1, 2013, Plaintiff moves the Court for a default judgment against Defendant.

WHEREFORE, the Commission requests that the Court to enter a Default Judgment against Defendant as follows:

A. Judgment against the Defendant in the amount of $228,603.75 for the benefit of Michael Brooks;

B. Tax court costs against Defendant; and

C. Grant Plaintiff such other relief as to which it may be entitled in the premises.

Dated this the 3rd day of July, 2013.

Respectfully submitted,

C. EMANUEL SMITH
Regional Attorney
Mississippi Bar # 747

JULIE BEAN
Supervisory Trial Attorney
DC Bar # 433292

/s/ Gerald L. Miller
GERALD L. MILLER
Senior Trial Attorney
(AL Bar No.: ASB-1454-E52G)
205-212-2047
gerald.miller@eeoc.gov

MANEESH VARMA
(DC Bar #988521)
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 212-2045
Facsimile: (205) 212-2041

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2013, I filed the foregoing with the Clerk of Court using the CM/ECF system which will electronically send notification of the filing to all attorneys of record, and have mailed by United States Postal Service, first class mail, the document to the following non-CM/ECF participants:

    Titan Waste Services, Inc.
    c/o David Fenton, Registered Agent
    3630 Bagwell Road
    Pace, FL 32571

                                            /s/ Gerald L. Miller
                                            Gerald L. Miller