## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | **CIVIL ACTION NUMBER:** |
| **v.** | ) ) ) | **3:10-cv-00379-MCR-EMT** |
| **TITAN WASTE SERVICES, INC.** | ) ) ) | |
| **Defendant.** | ) | |

### <u>DECLARATION OF MICHAEL BROOKS</u>

My name is Michael Brooks. I am a resident of the State of Florida, over 21 years of age, and give this Declaration of my own free will. I am the Charging Party in the Equal Employment Opportunity Commission's lawsuit against my former employer, Titan Waste Services, Inc. ("Titan"), and have personal knowledge of all of the matters stated herein.

1.      I was employed as a truck driver for Titan in Milton, Florida from August 19, 2007 until I was permanently laid off on or about October 31, 2008. I am African-American. During the period of time that I worked at Titan, I was the only black driver employed by Titan. There was only one other black employee, Darren Feacher, a helper.

2.    During my approximately 14 months of employment with Titan, I was forced to endure repeated racially harassing behavior and racial comments from Larry Pellegrino, who was my supervisor.

3.    These racial comments were made openly in the workplace by Mr. Pellegrino. They included multiple references to me as "boy," "nigger," "fucking nigger," and "lazy nigger." Mr. Pellegrino also stated to me that "all niggers steal." If a problem occurred with the company truck that I drove, Mr. Pellegrino would say, in my presence that "it was the nigger's fault."

4.    On some occasions my coworkers would inform me of racial comments that Mr. Pellegrino would say about me when I was not present. For example, one coworker told me that Mr. Pellegrino stated that "black people can't think."

5.    Mr. Feacher and I were not provided company T-shirts or given gift cards at Christmas, as White employees were.

6.    I would often arrive at work to find that my truck had been reassigned to a White employee. In these situations, I was sent home for the day without pay. Mr. Pellegrino did not treat White employees in this way.

7.    On one occasion, when I missed a stop on my route, Mr. Pellegrino fined me the amount of fuel required to make a return trip. White employees who missed stops on their routes were not required to pay such fines.

8.    On October 29, 2008 Mr. Pellegrino asked me, "If Obama wins [the Presidential election] will he give you a job?" Beginning on October 31, 2008 Mr.

2

Pellegrino directed me to call in each day to find out if work was available for me. I did as requested, but was not given any subsequent work assignments. After nearly a week, Mr. Pellegrino informed me that I was permanently laid off. My last day of work was on or around October 31, 2008. I was the only driver terminated at that time.

9.  During my employment at Titan, I was paid on a per day basis. I was supposed to be paid $145 per day and work 6 days per week. Thus, I was supposed to make $870 per week.

10.  After being terminated from Titan, I attempted to find other full-time employment. I contacted numerous companies seeking work. I received a job offer from Professional Facilities Management, Inc., which I accepted. I was paid $7.25 per hour, and worked an average of 40 hours per week. I worked there from December 12, 2008 through August 31, 2010 until the company lost its contract. I earned a total of $26,100 during my employment there.

11.  I was then employed by Servicemaster from September 1, 2010 until February 11, 2011 and was paid $7.25 per hour, working an average of 35 hours per week. I was laid off from that job, through no fault of my own, on February 11, 2011. I earned a total of $5,836.25 during my employment there.

12.  Despite seeking other employment daily, I have not worked or been offered work since being laid off by Servicemaster.

13.  To date, I have suffered total net lost wages in the amount of $178,603.75 since being terminated from Titan. This amount is based on gross lost earnings of

$210,540 (242 weeks at $870 per week), after deducting $31,936.25, the total amount of income I have received in the two positions I have held after being terminated from Titan.

14.     As a result of the racial harassment have suffered while employed with Titan, and as a result of my termination from Titan, I have suffered mental and emotional anguish. The harassment I suffered at Titan, and the loss of my job there, made me feel worthless, like a second-class citizen.

15.     I believe that $50,000 would reasonably compensate me for the mental and emotional anguish I suffered as a result of the racial harassment and termination of employment I experienced at Titan.

16.     I request that the Court award damages to the EEOC on my behalf in the total amount of $ 228,603.75, representing $178,603.75 in back pay and $50,000 for compensatory damages.

I declare under the penalty of perjury that the foregoing is true and correct, this the __3__ day of July, 2013.

*Michael Brooks*
Michael Brooks