**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) ) | CIVIL ACTION NUMBER: 3:10-cv-00379-MCR-EMT |
| TITAN WASTE SERVICES, INC. | ) ) | |
| Defendant. | ) ) | |

## JUDGMENT

Judgment is entered in favor of the Plaintiff, Equal Employment Opportunity Commission, and against Defendant Titan Waste Services, Inc. in the amount of $228,603.75 for the benefit of Michael Brooks, with costs taxed against Defendant.

**DONE AND ORDERED** this the _____ day of _____, 2013.

_____