UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

    VS                      CASE NO.  3:10CV379-MCR/EMT

TITAN WASTE SERVICE INC

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED that judgment is entered in favor of Plaintiff EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, on behalf of Michael Brooks, and against Defendant TITAN WASTE SERVICES INC in the total amount of $228,603.75.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

 March 10, 2014               /s/ Sylvia Williams
DATE                            Deputy Clerk: Sylvia Williams